## CLARK v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 25, September Term, 1960.]

*Decided October 13, 1960.*

Before Brune, C. J., and Henderson, Hammond, Prescott and Horney, JJ.

Per Curiam.

Application for leave to appeal from a second denial of post conviction relief is denied for the reasons stated by the court below.